LAW OFFICES OF
**Stephen G. Ralls, P.C.**
*273 South Scott Avenue*
*Tucson, Arizona 85701*
*Telephone: (520) 884-1234*
*Facsimile: (520) 884-9687*
E-mail: Stephen.Ralls@azbar.org

Attorneys for Defendant Luis Carlos Vasquez
By: Stephen G. Ralls, Arizona Bar #007772

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR-11-2486-004-TUC-DCB(DTF) |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF APPEAL |
| ) | |
| LUIS CARLOS VASQUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

NOTICE is hereby given that Luis Carlos Vasquez, defendant in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment and sentence entered in this action on the 19th day of August 2013.

RESPECTFULLY SUBMITTED this 21st day of August, 2013.

    *s/ Stephen G. Ralls*
STEPHEN G. RALLS
Attorney for Defendant Luis Vasquez

<u>Certificate of Service</u>

I hereby certify that on August 21, 2013, I electronically transmitted the attached document to the Clerks' Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

James.Lacey@usdoj.gov

Copy mailed to:

Luis Carlos Vasquez
Register Number 15483-196
Corrections Corporation of America
Post Office Box 6300
Florence, Arizona 85232

By  R.L.
4879\notice of appeal 8-21-13