UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 22 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff - Appellee,<br><br>   v.<br><br>LUIS CARLOS VASQUEZ,<br><br>           Defendant - Appellant. | No. 13-10439<br><br>D.C. No. 4:11-cr-02486-DCB-DTF-4<br>U.S. District Court for Arizona,<br>Tucson<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Wed., September 11, 2013** | Transcript shall be ordered. |
| **Fri., October 11, 2013** | Transcript shall be filed by court reporter. |
| **Wed., November 20, 2013** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Fri., December 20, 2013** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Samantha Miller
        Deputy Clerk