FILED

NOV 07 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 13-10439 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 4:11-cr-02486-DCB-DTF-4 |
| v. | District of Arizona, Tucson |
| LUIS CARLOS VASQUEZ, | |
| Defendant - Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's unopposed motion for a further extension of time to file the opening brief is granted. The opening brief is due February 13, 2015.

The answering brief is due March 16, 2015. The optional reply brief is due within 14 days after service of the answering brief.

Amt\/Pro Mo commish 03Nov2014