FILED

JUN 25 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff - Appellee,<br><br>   v.<br><br>LUIS CARLOS VASQUEZ,<br><br>            Defendant - Appellant. | No. 13-10439<br><br>D.C. No. 4:11-cr-02486-DCB-DTF-4<br>District of Arizona,<br>Tucson<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion for leave to file an oversized opening brief is granted in part. Appellant may file an opening brief that does not exceed 15,500 words on or before July 16, 2015.

The answering brief is due August 17, 2015. The optional reply brief is due within 14 days after service of the answering brief.

Amt\/Pro Mo commish 22Jun2015